IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS DAWSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SGT. IBARRA, et al,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-0349-MJS (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE BY APRIL 20, 2011 |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff originally filed this case in the Central District of California; it was transferred to this district pursuant to 28 U.S.C. § 1406(a). Although Plaintiff submitted an application to proceed in forma pauperis with the Central District, it is not on the appropriate form for the Eastern District.

　　　　Accordingly, IT IS HEREBY ORDERED that not later than April 20, 2011, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

/////

-1-

1 | **Failure to comply with this order will result in dismissal of this action.**

2

3 | IT IS SO ORDERED.

4 | Dated:   March 14, 2011             /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE