# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS DAWSON,<br><br>            Plaintiff,<br><br>    v.<br><br>SGT. IBARRA,<br><br>            Defendant.<br>_____/ | CASE NO.    1:11-cv-349-MJS (PC)<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

Plaintiff Thaddeus Dawson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 17, 2010, Plaintiff filed a Notice of Voluntary Dismissal asking the Court to dismiss this action. (ECF No. 6.) Because no answer or motion for summary judgment has been filed, Plaintiff's Notice of Voluntary Dismissal terminates this action. Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated:    March 22, 2011            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

1